

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSHIL BHATTARAI, et al.

        Plaintiffs,

  -v-

FLAGSHIP S B NEW YORK LLC (D/B/A
SARAVANAA BHAVAN), et al.

        Defendants.
------------------------------------------------------------X

**ORDER**

21-CV-1148 (PGG) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    In light of the mediation referral in this case (Dkt. No. 18), the initial case management conference scheduled for April 12, 2021 is hereby adjourned sine die.

    **SO ORDERED.**

Dated: March 19, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge